CHRISTOPHER J. CANNON, State Bar No. 88034
MATTHEW A. LAWS, State Bar No. 273697
Sugarman & Cannon
180 Montgomery Street
Suite 2350
San Francisco, CA 94104
Telephone: 415-362-6252
Facsimile: 415-362-6431

Attorney for Defendant KIMBERLY GARCIA

FILED
FEB 0 5 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>KIMBERLY GARCIA, et al.,<br><br>    Defendants. | No. CR 13-00287 JST<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING FOR KIMBERLY GARCIA AND KEENAN HOLT** |

This matter is currently set for sentencing on February 14, 2014. Because of the distance between San Diego and San Francisco, the Christmas Holiday, and the work schedule of Kimberly Garcia, Probation was unable to conduct an interview of Ms. Garcia. That interview, like the interview of Keenan Holt has now been conducted, and the Probation office needs time to prepare a report and defense counsel need time to object and comment on the draft and final reports.

Accordingly, all parties agree to continue the sentencing in this matter until April 25, 2014.

//

//

STIP. AND [PROPOSED] ORDER CONTINUING SENTENCING
CR 13-00287 JST

1

**SO STIPULATED.**

Date: 2/4/2014

/s/
Acadia Senese
Assistant United States Attorney

Date: 2/4/2014

/s/
Christopher Cannon
Attorney for Kimberly Garcia

Date: 2/4/2014

/s/
Teresa Caffese
Attorney for Keenan Holt

It is hereby ordered that the sentencing in this matter be continued until April 25, 2014.

**SO ORDERED.**

Date: 2/5/14

The Hon. Jon S. ~~Tiger~~ TIGAR
United States District Judge

STIP. AND ~~[PROPOSED]~~ ORDER CONTINUING SENTENCING
CR 13-00287 JST

2