MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

ACADIA L. SENESE (CABN 251287)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6809
    FAX: (415) 436-7234
    acadia.senese@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 13-287 JST |
| v. | STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING |
| BRADY BELL, et al., | |
| Defendant. | |

    The above-captioned matter for defendants Keenan Holt and Kimberly Garcia is set on April 25, 2014 at 9:30 a.m. before this Court for sentencing. However, counsel for the government will be out of the district on work-related travel on that day. Undersigned counsel conferred with the Court's deputy clerk, counsel for the defendants, and the probation officer, and the earliest next available date that is agreeable to all parties is June 3, 2014 at 2:00 p.m.. Accordingly, the parties hereby stipulate to

//

STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING
Cr 13-287 JST

continue the sentencing from April 25, 2014 to June 3, 2014 at 2:00 p.m..

DATED: April 24, 2014                             Respectfully submitted,

                                                  MELINDA HAAG
                                                  United States Attorney

                                                  _____/s/_____
                                                  ACADIA L. SENESE
                                                  Assistant United States Attorney


DATED: April 24, 2014                             _____/s/_____
                                                  THERESA CAFFESE
                                                  Counsel for Mr. Holt


DATED: April 24, 2014                             _____/s/_____
                                                  CHRIS CANNON
                                                  Counsel for Ms. Garcia


### ORDER

Based on the reasons provided in the stipulation of the parties above, IT IS HEREBY ORDERED that the sentencing date of April 25, 2014 scheduled at 9:30 a.m., is vacated and reset to June 3, 2014 at 2:00 p.m..

DATED: April 24, 2014                             _____
                                                  HONORABLE JON S. TIGAR
                                                  United States District Judge

STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING
Cr 13-287 JST